PROB 12C
(6/16)

Report Date: June 13, 2019

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2019

SEAN F. McAVOY, CLERK

| | | |
|---|---|---|
| Name of Offender: Brandon W. Blakeley | | Case Number: 0980 2:17CR00152-RMP-1 |
| Address of Offender: | | , Washington 99207 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: January 25, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: | May 31, 2019 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | May 30, 2022 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Blakeley is alleged to have used methamphetamine on June 4, 2019.<br><br>On June 5, 2019, Mr. Blakeley reported to the probation office to submit to urinalysis testing.  The urine sample was presumptive positive for methamphetamine and he admitted to using methamphetamine on June 4, 2019.  He signed a drug use admission form.<br><br>On May 29, 2019, Mr. Blakeley signed his judgment relative to case number 2:17CR00152-RMP-1, acknowledging he understood all conditions of supervision to include special condition number 6, prohibiting him from using illegal controlled substances. |

Prob12C
**Re: Blakeley, Brandon W.**
**June 13, 2019**
**Page 2**

    2    **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Blakeley is alleged to have used methamphetamine on June 11, 2019.

        On June 13, 2019, Mr. Blakeley reported to the probation office to submit to urinalysis testing. Mr. Blakeley admitted to using methamphetamine on June 11, 2019. He signed a drug use admission form.

        On May 29, 2019, Mr. Blakeley signed his judgment relative to case number 2:17CR00152-RMP-1, acknowledging he understood all conditions of supervision to include special condition number 6, prohibiting him from using illegal controlled substances.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/13/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

6/13/2019

Date