PROB 12C
(6/16)

Report Date: July 24, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 25, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Brandon W. Blakeley | Case Number: 0980 2:17CR00152-RMP-1 |
| Address of Offender: | Washington 99207 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: January 25, 2018

Original Offense:     Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) and 924(a)(2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: May 31, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: May 30, 2022 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/13/2019 and 06/27/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Blakeley is alleged to have violated his conditions of supervision by being arrested for third degree assault, possession of a controlled substance, and obstructing a law enforcement officer on July 22, 2019.<br><br>According to the Spokane Police report, case 2019-20136012, at 1:12 a.m. police were dispatched to a fight in progress. Upon arrival, officers observed a male, later identified as Mr. Blakeley. He was contacted and provided a false last name to the officer when asked his identity. He was asked to put his bicycle down and put his hands behind his back. Mr. Blakeley told the officer he was on mushrooms. He was asked again to place his hands behind his back and turn around.<br><br>As the officer moved in to detain Mr. Blakeley, he began to run away from the officer. After a short foot pursuit, Mr. Blakeley turned around and "squared up" to the officer like he was going to fight. Mr. Blakeley took an assaultive stance and put his hands up toward his face with his fists clenched. |

The officer was still running at Mr. Blakeley when he turned around and took a fighting stance so the officer tackled him to the ground. Mr. Blakeley continued to struggle on the ground and would not move his hands from underneath his body. Mr. Blakeley was directed to place his hands behind his back, which he refused.

Another officer arrived and Mr. Blakeley continued to fight with officers using his arms and legs to be combative. Mr. Blakeley then intentionally kneed one of the officers in the groin area and continued to be assaultive by pushing the officers off with his arms and legs.

The officers had knowledge that persons under the influence of psilocybin mushrooms are often in an alternate reality, have a very high pain tolerance and increased strength. In addition to the officer's training on excited delirium, knowing the above factors can place individuals at an increased risk if a prolonged fight occurs, the officer rendered Mr. Blakeley unconscious. The officer wanted to end the violent struggle as soon as possible to prevent harm to the officer from being assaulted, but also from Mr. Blakeley sustaining additional injuries or exhibiting symptoms of excited delirium.

Mr. Blakeley was unconscious for approximately 5 to 8 seconds and officers were able to detain him. Upon search incident to arrest, Mr. Blakeley was found to be in possession of methamphetamine (several small baggies located in his possession) and psilocybin mushrooms.

Mr. Blakeley was transported to the hospital to be medically cleared and then was booked into the Spokane County Jail.

On May 29, 2019, Mr. Blakeley signed his judgment relative to case number 2:17CR00152-RMP-1, acknowledging he understood all conditions of supervision to include mandatory condition number 1 that he is to not commit another federal, state, or local crime

8    **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Blakeley is alleged to have violated his conditions of supervision by consuming psilocybin mushrooms on or about July 22, 2019.

In reference to violation number 7, upon being contacted by Spokane Police, he disclosed to the officer he had consumed mushrooms and upon being arrested, was found to be in possession of psilocybin mushrooms and again admitted to taking mushrooms earlier in the day.

On May 29, 2019, Mr. Blakeley signed his judgment relative to case number 2:17CR00152-RMP-1, acknowledging he understood all conditions of supervision to include special condition number 6 prohibiting him from possessing illegal controlled substances.

Prob12C
**Re: Blakeley, Brandon W.**
**July 24, 2019**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/24/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

7/24/2019

Date