PROB 12C
(6/16)

Report Date: August 9, 2022

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 09, 2022**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Brandon W. Blakeley | Case Number: 0980 2:17CR00152-RMP-1 |
| Address of Offender: ▬▬▬▬▬▬▬▬▬▬ Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: January 25, 2018

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence (February 6, 2020) | Prison - Time Served (4 days)<br>TSR - 35 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: February 6, 2020 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: January 5, 2023 |

## PETITIONING THE COURT

To issue a summons.

On February 20, 2020, the conditions of supervision were reviewed with Mr. Blakeley.  He signed his judgement acknowledging an understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: It is alleged Mr. Blakeley is in violation of his conditions of supervised release by using methamphetamine on July 10, July 18, and August 9, 2022.<br><br>On July 12, 2022, the undersigned officer visited Mr. Blakeley at his residence.  Mr. Blakeley admitted to the undersigned officer that he had relapsed on methamphetamine on or around July 10, 2022.  He signed an admission of use form.<br><br>On July 21, 2022, Mr. Blakeley reported to the U.S. Probation Office to submit to urinalysis testing.  The urine sample he provided tested presumptive positive for methamphetamine. |

Prob12C
Re: Blakeley, Brandon W
August 9, 2022
Page 2

He admitted to using said substance on or around July 18, 2022, and signed an admission of use form.

On August 8, 2022, the undersigned officer received a message from Mr. Blakeley who advised that his color was called for urinalysis testing at Pioneer Human Services and that his urinalysis test would be "dirty."

On August 9, 2022, the undersigned officer spoke with Mr. Blakeley who advised he had used methamphetamine the morning of August 9, 2022.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/09/2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[x] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/9/2022

Date