PROB 12C
(6/16)

Report Date: August 29, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 29, 2022**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Brandon W. Blakeley | Case Number: 0980 2:17CR00152-RMP-1 |
| Address of Offender: ▮ Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: January 25, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 24 months;<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(February 6, 2020) | Prison - 4 days;<br>TSR - 35 months | | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | February 6, 2020 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | January 5, 2023 |

## PETITIONING THE COURT

To **issue a WARRANT** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/09/2022.

On February 20, 2020, the conditions of supervision were reviewed with Mr. Blakeley and he signed his judgement acknowledging an understanding his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: It is alleged Mr. Blakeley is in violation of his conditions of supervised release by using methamphetamine on or around August 24 and 28, 2022.<br><br>On August 24, 2022, Mr. Blakeley submitted to urinalysis testing at Pioneer Human Services as directed. His urinalysis test was positive for methamphetamine. |

Prob12C
**Re: Blakeley, Brandon W.**
**August 29, 2022**
**Page 2**

On August 29, 2022, the undersigned officer spoke with Mr. Blakeley on the telephone and requested that he provide a urinalysis test the same date, prior to his initial appearance. Mr. Blakeley admitted to the use of methamphetamine on August 28, 2022.

3   **Special Condition #5:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence:** It is alleged Mr. Blakeley is in violation of his conditions of supervised release by failing to attend his substance abuse evaluation at Youth Family Adult Connections (YFA) on or around August 25, 2022.

On August 5, 2022, Mr. Blakeley informed the undersigned officer that he had scheduled a substance abuse assessment at YFA for August 25, 2022.

On August 24, 2022, the undersigned officer called YFA to verify said appointment; however, staff could not "confirm or deny" that Mr. Blakeley had a substance abuse assessment scheduled.

On August 29, 2022, the undersigned officer spoke with Mr. Blakeley who admitted to not attending his substance abuse assessment as scheduled. Mr. Blakeley indicated he set his alarm for the wrong time.

The U.S. Probation Office respectfully recommends the Court to **issue a WARRANT** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 29, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
Re: Blakeley, Brandon W.
August 29, 2022
Page 3

THE COURT ORDERS

- [ ] No Action
- [xx] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [xx] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [x] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

8/29/2022
Date